```
1  JOHN B. McMORROW, ESQ.    SBN 71911
   LAW OFFICES OF JOHN B. McMORROW
2  A Professional Corporation
3  39650 Liberty Street, Suite 250
   Fremont, CA 94538-2226
4  Telephone: (510) 651-9961
   Facsimile:  (510) 657-3467
5  Email: jbmcmorrow@sbcglobal.net

6  Attorney for Plaintiff,
7  EARL G. ANTE
```

## IN THE UNITED STATES DISCTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL G. ANTE,<br><br>          Plaintiff,<br><br>     vs.<br><br>OFFICE DEPOT BUSINESS SERVICES, a CORPORATION; BLACK CORPORATION and WHITE COMPANY, and DOES 1 through 100 inclusive, and each of them,<br><br>          Defendants. | CASE NO.: CV09-00752 WHA<br>ASSIGNED FOR ALL PURPOSES TO<br>Honorable William H. Alsup, Courtroom 9<br><br>**DECLARATION OF EARL G. ANTE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b) 6**<br><br>Date:           April 23, 2009<br>Time:          2:00 p.m.<br>Place:         Department 9<br>                   450 Golden Gate Avenue<br>                   San Francisco, CA<br>Judge:        The Honorable William<br>                   H. Alsup<br>Trial Date:                      None Set<br>Complaint Filed:       January 15, 2009 |

   I, Earl G. Ante, declare that if called as a witness in this matter, I can competently testify as follows:

DECLARATION OF EARL G. ANTE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b) 6

Law Offices of
JOHN B. McMORROW, A.P.C.
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

1. I was employed by Defendant OFFICE DEPOT BUSINESS SERVICES from November 1, 1999 until December 12, 2008.

2. It was my responsibility to sell office supply products. I was given an assigned territory, which included the City of Berkeley. I negotiated a contract on behalf of my employer with the City of Berkeley to sell a certain quantity of various types of office supplies at a specified price that was specifically negotiated with the City of Berkeley because it was a volume customer.

3. On October 24, 2008, a Friday, I was in my boss' office, a person by the name of Michael Crawford, discussing the fact that the City of Berkeley was going to audit all the supplies sold by my employer to the City of Berkeley over a specified period of time.

4. In that conversation, which I remember clearly, Mr. Crawford instructed me that I should spend time right away on the computer altering the data on the computer, and that I should alter the data on the computer to conceal the contract items and pricing. Specifically, I was told to edit the file to "make it look right," because what was sold to the City of Berkeley in office supplies was different in contract items than the negotiated agreement. I declined to do that and shortly after was put on leave until being advised of my separation from employment on December 12, 2008. A copy of my email to him regarding this is attached.

//
//

Law Offices of
JOHN B. McMORROW, A.P.C.
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

1 | I declare under penalty perjury that the foregoing is true and correct, except as to
2 | any matter stated on information and belief, and as to that I am informed and believe it
3 | to be true.
4
5 | Dated: March 19, 2009        Respectfully Submitted,
6
7                                By: _____
8                                        Earl G. Ante
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Law Offices of*
JOHN B. McMORROW, A.P.C.
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

DECLARATION OF EARL G. ANTE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b) 6

3



**Fw: MEETING on Friday Oct 24th**　　　　　　　　　　　　　　　Tuesday, January 13, 2009 11:08 AM
From: "Elizabeth Ante" <ellie.ante@yahoo.com>
  To: jbmcmorrow@sbcglobal.net

----- Forwarded Message ----
**From:** Elizabeth Ante <ellie.ante@yahoo.com>
**To:** michael.crawford@officedepot.com
**Cc:** mcrawford@officedepot.com; john.purtill@officedepot.com
**Sent:** Monday, October 27, 2008 12:18:01 PM
**Subject:** MEETING on Friday Oct 24th

Michael:
Please note that based upon our discussion on Friday, October 24th at 1pm in regards to the City of Berkeley's missing contract items that I found in the system, that I will NOT resubmit the missing contract items to their account for approval into our pricing system. As you stated, "they have not audited us yet and that since I will be meeting with the City of Berkeley this week that this should be a priority to submit before our meeting"...I believe this directive from you would be a miss-representation of their contract pricing in our system. Since I disagreed, you stated that if I do not submit the City of Berkeley's missing contract items before my meeting with the City of Berkeley " that this is a high-profile account and if the Press gets the news that it this will all be ALL ON ME !  I find this as a threating statement to me and not ethical behavior for me to follow.

I am e-mailing you from my wife's e-mail at home because I cannot log-in or access emails on my Office Depot Laptop. The system will not allow this.  I left you a message this morning at 7:45am on your cell. I have some medical issues that need immediate treatment.

Earl Ante

# VERIFICATION

I, EARL G. ANTE, state:

I am a party to the entitled action.

I have read the DECLARATION OF OPPOSITON TO DEFENDANT'S MOTION TO DISMISS, and the same are true of my own knowledge, except as to those matters which are stated on my information and belief, and as to those matters, I believe them to be true.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing is true and correct.

Executed on the 19th day of March 2009, at Fremont, California.

_____
Earl G. Ante

VERIFICATION