MAR 27 AM 11: 5
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Earl G. Ante,

    Plaintiff,

v.

Office Depot Business Services, a Corporation, et al,

    Defendant.

CASE NO. CV09-00752 WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David Simon Kurtzer-Ellenbogen, whose business address and telephone number is Williams & Connolly LLP, 725 12th Street NW, Washington DC 20005, (202) 434-5676

and who is an active member in good standing of the bar of New York and D.C. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Office Depot, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 2, 2009

IT IS SO ORDERED
Judge William Alsup
United States District Judge