**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARLE G. ANTE,

    Plaintiff,

    v.

OFFICE DEPOT, INC., BLACK CORPORATION, and WHITE CORPORATION, and DOES 1 through 100, inclusive, and each of them,

    Defendants.

No. C 09-00752 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference is hereby **CONTINUED** to **JUNE 11, 2009, AT 11:00 A.M.** Please file a joint case management statement no later than seven days prior.

**IT IS SO ORDERED.**

Dated: April 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE