JOHN B. McMORROW, ESQ.   SBN 71911
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
Telephone: (510) 651-9961
Facsimile: (510) 657-3467
Email: jbmcmorrow@sbcglobal.net

Attorney for Plaintiff,
EARL G. ANTE

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL G. ANTE,<br><br>                   Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT BUSINESS SERVICES, a CORPORATION; BLACK CORPORATION and WHITE COMPANY, and DOES 1 through 100 inclusive, and each of them,<br><br>                   Defendants. | CASE NO.: CV 09-00752 WHA<br>ASSIGNED FOR ALL PURPOSES TO JUDGE William H. Alsup, Department 9<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR RETALIATORY WRONGFUL DISCHARGE IN VIOLATION OF A FUNDAMENTAL PUBLIC POLICY**<br><br>Date:    June 11, 2009<br>Time:    8:00 a.m.<br>Place:   Department 9<br>         450 Golden Gate Avenue<br>         San Francisco, CA<br>Judge:   The Honorable William H. Alsup<br><br>Trial Date:          None Set<br>Complaint Filed:     January 15, 2009 |

NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR RETALIATORY WRONGFUL DISCHARGE IN VIOLATION OF A FUNDAMENTAL PUBLIC POLICY

Law Offices of
JOHN B. McMORROW, A.P.C.
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that on June 11, 2009, at 8:00 a.m. or as soon

3  thereafter as the matter may be heard in Department 9 of the United States District Court

4  for the Northern District of California, San Francisco Division, 450 Golden Gate

5  Avenue, 19th Floor, San Francisco, 94102.

6  This Motion will be based upon this Notice of Motion, the accompanying Points

7  and Authorities, and the Declaration of John B. McMorrow and on the records and files

8  herein and on such other and further documentary evidence that may be presented at the

9  hearing of this Motion.

10

11

12

13  Dated: April 28, 2009

Respectfully Submitted,
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation

By: _____
JOHN B. McMORROW
Attorney for Plaintiff, EARL G. ANTE

Law Offices of
JOHN B. McMORROW, A.P.C.
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR RETALIATORY WRONGFUL DISCHARGE
IN VIOLATION OF A FUNDAMENTAL PUBLIC POLICY

2.