JOHN B. McMORROW, ESQ.   SBN 71911
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
Telephone: (510) 651-9961
Facsimile:  (510) 657-3467
Email: jbmcmorrow@sbcglobal.net

Attorney for Plaintiff,
EARL G. ANTE

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL G. ANTE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT BUSINESS SERVICES, a CORPORATION; BLACK CORPORATION and WHITE COMPANY, and DOES 1 through 100 inclusive, and each of them,<br><br>　　　　　　Defendants. | CASE NO.: CV 09-00752 WHA<br>ASSIGNED FOR ALL PURPOSES TO JUDGE William H. Alsup, Department 9<br><br>DECLARATION OF JOHN B. McMORROW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>Date:     June 11, 2009<br>Time:    8:00 a.m.<br>Place:    Department 9<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, CA<br>Judge:    The Honorable William H. Alsup<br><br>Trial Date:         None Set<br>Complaint Filed   January 15, 2009 |

　　　　I am an attorney admitted to practice before the District Court for the Northern District of California and licensed to practice in the State of California.

DECLARATION OF JOHN B. McMORROW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

I, John B. McMorrow declare that if called as a witness in this matter can competently testify as follows:

1   Attached as an Exhibit to the Points and Authorities in support of the Motion for Leave to Amend is a true and correct copy of the Proposed First Amended Complaint.

I declare under penalty perjury that the foregoing is true and correct, except as to any matter stated on information and belief, and as to that I am informed and believe it to be true.

Dated: April 28, 2009

Respectfully Submitted,
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation

By: _____
JOHN B. McMORROW
Attorney for Plaintiff, EARL G. ANTE

DECLARATION OF JOHN B. McMORROW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

2

Law Offices of
JOHN B. McMORROW, A.P.C.
1650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961