JOHN B. McMORROW, ESQ.    SBN 71911
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
Telephone: (510) 651-9961
Facsimile: (510) 657-3467
Email: jbmcmorrow@sbcglobal.net

Attorney for Plaintiff,
EARL G. ANTE

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL G. ANTE,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT BUSINESS SERVICES, a CORPORATION; BLACK CORPORATION and WHITE COMPANY, and DOES 1 through 100 inclusive, and each of them,<br><br>Defendants. | CASE NO.: CV 09-00752 WHA<br>ASSIGNED FOR ALL PURPOSES TO<br>JUDGE William H. Alsup, Department 9<br><br>**POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION TO AMEND**<br><br>Date:     June 11, 2009<br>Time:     8:00 a.m.<br>Place:    Department 9<br>              450 Golden Gate Avenue<br>              San Francisco, CA<br>Judge:    The Honorable William H. Alsup<br><br>Trial Date:                    None Set<br>Complaint Filed:          January 15, 2009 |

Defendant's reliance on *Hunter v. Upright, Inc.*, 6 Cal 4th 1174, 1186 involves a

materially different situation than that the allegations of the proposed First Amended

Complaint.

POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION TO AMEND

Should the Court permit that the Complaint to be filed and should Mr. Ante prevail, he will have established that a large publicly traded company on the New York Stock Exchange (stock symbol ODP), a member of the S&P 500 Index, have given instruction to an employee to violate the provisions of California Penal Code §72 by committing a violation of that section involving a large governmental entity, the City of Berkeley and its Citizens. This is hardly a claim of fraud or deceit that is "essentially a private dispute" as the Court held in *Hunter,* Supra at 1186.

An instruction by a large publicly traded company to an employee to alter business records regarding good and services sold by the company to the City of Berkeley clearly comes within the ambit of the plain language of Penal Code §72.

## DEFENDANTS ARGUMENT REGARDING DOE DEFENDANTS

This case was commenced in State Court and the traditional DOE Defendant allegations were included in the caption and the pleading. It was removed while in that fashion to Federal Court by Defendant. Plaintiff cannot change the caption of the case once it is filed. If the court thinks those fictitiously named Defendant allegations are problematic, it can dismiss as to those fictitiously named Defendants, but it should permit the case to go forward for determination on the merits.

## CONCLUSION

Plaintiff submits that the Proposed Amended Complaint States a Cause of Action for Wrongful Discharge in Violation of a Fundamental Public Policy (Cal. Penal Code §72).

///

///

Law Offices of
HN B. McMORROW, A.P.C.
60 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

Plaintiff respectfully Requests Leave to File the Proposed First Amended

2  Complaint.

3  Dated: May 27, 2009                    Respectfully Submitted,
                                          LAW OFFICES OF JOHN B. McMORROW
4                                         A Professional Corporation

5

6                                  By:
                                          JOHN B. McMORROW
7                                         Attorney for Plaintiff, EARL G. ANTE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                    POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION TO AMEND

Law Offices of
JOHN B. McMORROW, A.P.C.
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

1    **PROOF OF SERVICE - CCP 1013a AND 2015.5**

2    **STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

3

     CASE SHORT NAME: ANTE vs. OFFICE DEPOT BUSINESS SERVICES          CASE NO.: HG09431076

4

5         I, Lisa Lawrence, declare as follows:

6         I am over eighteen years of age and not a party to the within action. I am employed in Alameda
     County, California.

7
          I am readily familiar with my employer's practices for collection and processing of correspondence
8    for mailing with the United States Postal Service, as well as facsimile transmissions and Federal Express
     routing. In addition, I am familiar with both State and Local Rules regarding the use of recycled paper and
9    represent this document and all documents referred to herein comply with the applicable recycled paper use
     requirements.

10

11   On May 27, 2009, I served a copy of the within:   POINTS AND AUTHORITIES IN REPLY TO
     OPPOSITION TO MOTION TO AMEND

12

13
     on the interested parties in the within action by:
14

15   | XX |    | **U.S. Mail** | By following ordinary business practices and placing for collection and mailing
          at Fremont, California, a true copy of the above-referenced document(s), enclosed in
16        a sealed envelope, postage pre-paid, was addressed as indicated on the Service List .

17   |    |    | **Facsimile** | I caused each such document to be transmitted by facsimile to the facsimile number
          known to me to be the facsimile number of each of the parties on the Service List.
18

19   |    |    | **Federal Express** | I caused each such document(s) to be deposited with Federal Express, in a pre-paid
          envelope, in Fremont, California, addressed to each of the interested parties on the
20        Service List.

21   |    |    | **Hand Delivery** | I caused each such document(s) to be hand delivered to the address known to me to
          each of the parties indicated on the Service List.

22   **SERVICE LIST:**

23   David S. Kurtzer-Ellenbogen, Esq.
     Law Offices Williams & Connolly, LLP
24   725 Twelfth Street, N.W.
     Washington, D.C.  20005

25
     Martin H. Orlick, Esq.
26   Jeffer Mangels Butler & Marmaro LLP
     Two Embarcadero Center, Fifth Floor
27   San Francisco, CA 94111
     ///

28

Law Offices of
IN B. McMORROW, A.P.C.
60 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

**I DECLARE UNDER PENALTY OF PERJURY** under the laws of the state of California that the foregoing is true and correct and this Declaration was executed on May 27, 2009, at Fremont, California.

Lisa Lawrence

Lisa Lawrence

Law Offices of
J.B. McMORROW, A.P.C.
Liberty Street, Suite 250
mont, CA 94538-2226
(510) 651-9961