```
JOHN B. McMORROW, ESQ.    SBN 71911
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
Telephone: (510) 651-9961
Facsimile: (510) 657-3467
Email: jbmcmorrow@sbcglobal.net

Attorney for Plaintiff,
EARL G. ANTE
```

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL G. ANTE,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT BUSINESS SERVICES, a CORPORATION; BLACK CORPORATION and WHITE COMPANY, and DOES 1 through 100 inclusive, and each of them,<br><br>Defendants. | CASE NO.: CV 09-00752 WHA<br>ASSIGNED FOR ALL PURPOSES TO<br>JUDGE William H. Alsup, Department 9<br><br>**STIPULATION EXTENDING DEADLINE FOR INITIAL DISCLOSURES BY FIVE BUSINESS DAYS TO JULY 8, 2009**<br><br>Trial Date:           None Set<br>Complaint Filed:   January 15, 2009 |

The parties respectfully Stipulate that the date for the initial disclosure be postponed until July 8, 2009, five business days from today. The reason for the requested delay of the date for the initial disclosures is that because the Court had previously granted Defendants Motion to Dismiss and because the Motion for Leave to Amend was not heard until June 11, 2009.

///

///

STIPULATION EXTENDING DEADLINE FOR INITIAL DISCLOSURES BY FIVE BUSINESS DAYS

1

Plaintiff's counsel delayed engaging the services of a Forensic Economist to assist with expert witness testimony regarding the Plaintiffs damages calculations, pending the outcome of the hearing on June 11, 2009.

Dr. James Plummer of QED Research, Inc., has been engaged by Plaintiff and a report of his opinions, conclusions and expert witness testimony regarding the loss of earning capacity damages issue is not yet available.

Plaintiff is prepared to submit all other information called for in the initial disclosure, but the parties agree that it would be efficiently handled by delaying the disclosure date a brief period of time.

Dr. Plummer was traveling abroad to Panama for an approximate ten-day period in the month of June following the June 11, 2009 hearing.

Dated: June 30, 2009

Respectfully Submitted,
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation

By: _____
JOHN B. McMORROW
Attorney for Plaintiff, EARL G. ANTE

Dated: June 30, 2009

Respectfully Submitted,
LAW OFFICES WILLIAMS & CONNOLLY, LLP

By: _____
DAVID S. KURTZER-ELLENBOGEN
Attorney for Defendants
OFFICE DEPOT BUSINESS SERVICES

STIPULATION EXTENDING DEADLINE FOR INITIAL DISCLOSURES BY FIVE BUSINESS DAYS

**ORDER**

It good cause appearing, IT IS SO ORDERED.

Dated: July 1, 2009

Honorable William H. Alsup
Judge of the United States District Court,
Northern District

*IT IS SO ORDERED*
Judge William Alsup

Law Offices of
JOHN B. McMORROW, A.P.C.
3680 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961