**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLE G. ANTE,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICE DEPOT BUSINESS SERVICES, a CORPORATION, BLACK CORPORATION and WHITE COMPANY, and DOES 1 through 100 inclusive, and each of them,<br><br>  Defendants.<br>                                                                 / | No. C 09-00752 WHA<br><br>**ORDER REJECTING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE** |

The stipulated protective order submitted by the parties is hereby **REJECTED WITHOUT PREJUDICE**. The Court notes that, as written, sections 7.3 and 7.4 of the stipulated protective order contain clauses that are labeled: "*Optional — as deemed appropriate in case-specific circumstances*" (italics in original). The parties are directed to meet and confer regarding whether these clauses are in fact appropriate in the specific circumstances of this action, then resubmit a revised stipulated protective order.

**IT IS SO ORDERED.**

Dated: September 11, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE