JOHN B. McMORROW, ESQ.   SBN 71911
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
Telephone: (510) 651-9961
Facsimile:  (510) 657-3467
Email: jbmcmorrow@sbcglobal.net

Attorney for Plaintiff,
EARL G. ANTE

IN THE UNITED STATES DISCTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL G. ANTE,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT BUSINESS SERVICES, a CORPORATION; BLACK CORPORATION and WHITE COMPANY, and DOES 1 through 100 inclusive, and each of them,<br><br>Defendants. | CASE NO.: CV 09-00752 WHA<br>ASSIGNED FOR ALL PURPOSES TO JUDGE William H. Alsup, Department 9<br><br>**REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSELS MOTION TO WITHDRAW**<br><br>Motion Date: December 17, 2009<br>Time: 8:00a.m.<br>Dept.: 9<br>Judge: Honorable William H. Alsup<br><br>Complaint Filed: January 15, 2009<br>Trial Date: May 10, 2010 |

COMES NOW, John B. McMorrow of John B. McMorrow, A Professional Corporation and submits the following Reply to Defendant's Response to Plaintiff's Counsels Motion to Withdraw.

Plaintiff's counsel, as is set forth in the accompanying declaration, has not been able to confirm that the deposition dates for the City of Berkeley employees suggested by opposing counsel are good dates because I have been unsuccessful in getting a response to

REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSELS MOTION TO WITHDRAW

Law Offices of
JOHN B. McMORROW, A.P.C.
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

communication sent to Mr. Ante. The only communication that I have received from Mr. Ante is a brief email saying that he is unable to proceed with his deposition on November 12, 2009 and a letter from a physician saying that because of a confidential medical condition, he is unable to proceed with the deposition at that time.

Plaintiff's counsel has no objection to this matter being heard on an expedited basis, but do not know if Mr. Ante has any objection

Dated: November 11, 2009

Respectfully Submitted,
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation

By: _____
JOHN B. McMORROW
Attorney for Plaintiff, EARL G. ANTE

REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSELS MOTION TO WITHDRAW

2

<u>**PROOF OF SERVICE - CCP 1013a AND 2015.5**</u>

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| CASE SHORT NAME: ANTE vs. OFFICE DEPOT BUSINESS SERVICES | CASE NO.: CV 09-00752 WHA |
|---|---|

I, Lisa Lawrence, declare as follows:

I am over eighteen years of age and not a party to the within action. I am employed in Alameda County, California.

I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service, as well as facsimile transmissions and Federal Express routing. In addition, I am familiar with both State and Local Rules regarding the use of recycled paper and represent this document and all documents referred to herein comply with the applicable recycled paper use requirements.

On November 11, 2009, I served a copy of the within:

1. Reply to Defendant's Response to Plaintiff's Counsels Motion to Withdraw;

2. Declaration of John B. McMorrow in Reply to Defendant's Response to Plaintiff's Counsels Motion to Withdraw.

on the interested parties in the within action by:

| [XX] | U.S. Mail | By following ordinary business practices and placing for collection and mailing at Fremont, California, a true copy of the above-referenced document(s), enclosed in a sealed envelope, postage pre-paid, was addressed as indicated on the Service List. |
| [ ] | Facsimile | I caused each such document to be transmitted by facsimile to the facsimile number known to me to be the facsimile number of each of the parties on the Service List. |
| [ ] | Federal Express | I caused each such document(s) to be deposited with Federal Express, in a pre-paid envelope, in Fremont, California, addressed to each of the interested parties on the Service List. |
| [ ] | By Email | I caused each such document(s) to be emailed to David S. Kurtzer-Ellenbogen, Esq. ONLY using the parties email addresses below to him listed on the Service List. |

SERVICE LIST:

<u>*In Pro Se*</u>
Mr. Earl Ante
34093 Gannon Terrace
Fremont, CA 94555

///

1  David S. Kurtzer-Ellenbogen, Esq.
   Law Offices Williams & Connolly, LLP
2  725 Twelfth Street, N.W.
   Washington, D.C. 20005
3  Email: dkurtzer@wc.com

4  Martin H. Orlick, Esq.
   Jeffer Mangels Butler & Marmaro LLP
5  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111
6

7       I DECLARE UNDER PENALTY OF PERJURY under the laws of the state of California that
   the foregoing is true and correct and this Declaration was executed on November 11, 2009, at Fremont,
8  California.

9                                            *Lisa Lawrence* (signature)
                                              Lisa Lawrence
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
JOHN B. McMORROW, A.P.C.
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961