**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARLE G. ANTE,

    Plaintiff,

v.

OFFICE DEPOT BUSINESS SERVICES,
a Corporation, BLACK CORPORATION,
WHITE CORPORATION, and DOES 1–100,

    Defendants.
    /

No. C 09-00752 WHA

**ORDER RE SCHEDULING
OF DEPOSITIONS AND
FURTHER STATUS HEARING**

At the hearing on November 23, 2009, the parties advised the undersigned that they have tentatively agreed to settle this action. In view of this contemplated settlement, this order will not rule on Attorney McMorrow's motion to withdraw as plaintiff's counsel. In the event that the action is not promptly dismissed, the depositions of City of Berkeley employees Sharon Thygesen and Lynn Blankenship are ordered to proceed as previously scheduled on December 8 and 9, 2009, respectively, and a further status hearing will be held on **DECEMBER 10, 2009, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: November 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE