JEFFER MANGELS BUTLER & MARMARO LLP
Martin H. Orlick  (Bar No. 83908)
morlick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Tel:   (415) 398-8080
Fax:   (415) 398-5584

JEFFER MANGELS BUTLER & MARMARO LLP
Louise Ann Fernandez  (Bar No. 86263)
lfernandez@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Tel:   (310) 203-8080
Fax:   (310) 203-0567

WILLIAMS & CONNOLLY LLP (Of Counsel)
Daniel F. Katz (Pro Hac Vice)
dkatz@wc.com
David S. Kurtzer-Ellenbogen (Pro Hac Vice)
dkurtzer@wc.com
725 12th Street NW
Washington, DC 20005
Tel:   (202) 434-5000
Fax:   (202) 434-5029

*Attorneys for Defendant Office Depot, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Earl G. Ante,**<br>         Plaintiff,<br>     vs.<br><br>**Office Depot Business Services, a Corporation; Black Corporation; White Company; and Does 1-100,**<br><br>         **Defendants.** | Case No.  CV09-00752 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>**Complaint filed:**   January 15, 2009<br>**Trial Date:**         May 10, 2010 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Earl G. Ante and Defendant Office Depot, Inc. hereby stipulate as follows:

Pursuant to a settlement between the parties, this action is hereby dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

Dated as of this 2nd day of December, 2009.

| /S/ John B. McMorrow | /S/ Martin H. Orlick |
|---|---|
| John B. McMorrow, Esq. | Martin H. Orlick, Esq. |
| Law Offices of John B. McMorrow | Jeffer Mangels Butler & Marmaro LLP |
| 39650 Liberty Street, Suite 250 | Two Embarcadero Center, Fifth Floor |
| Fremont, CA 94538 | San Francisco, CA 94111 |
| Tel: (510) 651-9961 | Tel: (415) 398-8080 |
| Fax: (510) 657-3467 | Fax: (415) 398-5584 |

I attest that I have obtained concurrence in the filing of this document from John B. McMorrow.

/s/ Martin H. Orlick

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

- 2 -

CV09-00752 WHA
Stipulation of Dismissal With Prejudice