UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 23, 2009                          Total Hearing Time: 4 minutes

Case No. C 09-00752 WHA

Title: EARLE G. ANTE v. OFFICE DEPOT BUSINESS SERVICES

Plaintiff Attorney(s): John McMorrow

Defense Attorney(s): Matthew Kenefick

Deputy Clerk: Dawn Toland                Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Plt's Motion to Withdraw as Counsel - HELD

2)

Continued to   **12/10/09 at 11:00 a.m.**   for Status

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Parties have signed a settlement agreement and believe a dismissal is possible by 12/7/09.  Defendant request dates remain set in case Mr. Ante revokes the settlement agreement.  The motion to withdraw is still pending.